Douglas N. Silverstein (SBN 181957)
dsilverstein@californialaborlawattorney.com
Michael G. Jacob (SBN 229939)
mjacob@californialaborlawattorney.com
KESLUK, SILVERSTEIN, JACOB &
  MORRISON, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA  90069-3309
Tel: (310) 273-3180   Fax:  (310) 273-6137

Attorneys for Plaintiff
ISABELLA LAHHAM

Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
Susan V. Arduengo (SBN 293946)
E-mail: sarduengo@bwslaw.com
Stephanie A. Quartararo (SBN 317976)
E-mail:  squartararo@bwslaw.com
Isabella B. Urrea(SBN 327885)
E-mail: iurrea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600         Fax:  213.236.2700

Attorneys for Defendant WALMART INC.
and HAYNEEDLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA LAHHAM, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>HAYNEEDLE, INC., a Delaware Corporation; WALMART, INC., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>            Defendants. | Case No. 5:21-CV-00619 JFW (KKx)<br><br>*Assigned to Hon. John F. Walter*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Filed Concurrently with [Proposed] Order] |

**IT IS HEREBY STIPULATED** by and between Plaintiff ISABELLA LAHHAM ("Plaintiff"), by and through her attorneys of record, and Defendant HAYNEEDLE, INC. and WALMART INC. ("Defendants"), by and through their attorneys of record, that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.

**IT IS SO STIPULATED**.

Dated: January 19, 2022        BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Cheryl Johnson-Hartwell*
    Cheryl Johnson-Hartwell
    Susan V. Arduengo
    Stephanie A. Quartararo
    Attorneys for Defendants WALMART INC.
    and HAYNEEDLE, INC.

Dated: January 19, 2022        KESLUKI, SILVERSTEIN, JACOB & MORRISON, P.C.

By: */s/ Michael Jacob*
    Michael Jacob
    Attorneys for Plaintiff
    ISABELLA LAHHAM

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Michael Jacob, counsel for Plaintiff, and that I have obtained the authorization of Mr. Jacob to affix his electronic signature to this document.

By: */s/ Cheryl Johnson-Hartwell*
    Cheryl Johnson-Hartwell
    Attorney for Defendants WALMART
    INC. and HAYNEEDLE, INC.